AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY -8 P 9: 44

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/05 - 5/07 | Pentagon City, Virginia | Attend Board Meeting | Hotel, transportation, meals |
| 2. | Federal Bar Council | 5/01 | New York, New York | FBC Law Day Event | Dinner |
| 3. | Federal Bar Council | 11/21 | New York, New York | FBC Annual Luncheon | Lunch |
| 4. | N.Y. Intellectual Property Lawyers Association | 3/23 - 3/24 | New York, New York | Annual Judiciary Dinner | Hotel, meals |
| 5. | | | | | |

| Name of Person Reporting | . Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| HALL, JANET C | | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 2. Templeton Dragon Fund | C | Dividend | K | T | | | | | |
| 3. Templeton Global Small Cos Growth Fd C1 1 Mutual Fund | B | Dividend | J | T | | | | | |
| 4. Mutual Qualified FD CL 2 Mutual Series | F | Dividend | M | T | | | | | |
| 5. Chartlinks, L.P. | | None | J | W | | | | | |
| 6. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 7. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 8. Vanguard Windsor II Fund | D | Dividend | L | T | Char. Gift | 12/31 | J | | |
| 9. Mutual Discovery Fund CL2 | B | Dividend | L | T | Partial Sale | 7/05 | J | | |
| 10. ██████ P.C. (Note) | | None | M | W | | | | | |
| 11. Partnership Interest in Whitney-Humphrey Assc. (Note) | B | Distribution | K | W | | | | | |
| 12. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 13. Trav. Life & Annuity Policy (universal life) | C | Interest | K | T | | | | | |
| 14. Crown Life Ins. Co. (whole life policy) | C | Interest | L | T | | | | | |
| 15. Excelsior Value & Rest. Fund (Note) | C | Dividend | M | T | Partial Sale | 11/26 | K | D | |
| 16. Royce Total Return Fund | D | Dividend | M | T | | | | | |
| 17. Schwab US Treas Money Fund | B | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sound Shore Fund | E | Dividend | M | T | | | | | |
| 19. Thornburg Value Fund CL.A | D | Dividend | L | T | | | | | |
| 20. Westport Select Cap.CL.R | E | Dividend | M | T | Char. Gift | 12/26 | J | | |
| 21. Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 22. Oakmark Select | D | Dividend | L | T | | | | | |
| 23. Wells Fargo Adv S/C Value Z | E | Dividend | M | T | | | | | |
| 24. Citizens Bank (Note) | A | Interest | M | T | | | | | |
| 25. Muhlenkamp Fund (Note) | E | Interest | M | T | Partial Sale | 4/16 | J | C | |
| 26. | | | | | Partial Sale | 12/03 | J | | |
| 27. | | | | | Char.Gift | 12/21 | J | | |
| 28. | | | | | Char. Gift | 12/26 | J | | |
| 29. Oakmark Select Fund | D | Dividend | L | T | | | | | |
| 30. AMR Corp. | | None | J | T | | | | | |
| 31. Artisan Int'l Small Cap | D | Dividend | M | T | | | | | |
| 32. Old Mutual Barrow Hanley Value Fund | | None | | T | Partial Sale | 3/02 | M | E | |
| 33. | | | | | Sold | 11/26 | K | D | |
| 34. Calamos Growth Fund - A | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Third Ave. Real Est. Value Fund | B | Dividend | J | T | | | | | |
| 36. Third Ave. International Value Fund | C | Dividend | K | T | | | | | |
| 37. Buffalo Sm. Cap Fund | D | Dividend | M | T | Partial Sale | 11/26 | K | D | |
| 38. T. Rowe Price MidCap Growth (Note) | C | Dividend | L | T | Partial Sale | 11/26 | K | D | |
| 39. T. Rowe Price Cap.App.Fund | D | Dividend | M | T | Buy | 3/02 | L | | |
| 40. | | | | | Buy | 4/24 | J | | |
| 41. Marsico Growth Fund | C | Dividend | M | T | | | | | |
| 42. iShare MSCI Canada Index Fund | | None | K | T | | | | | |
| 43. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 44. Bank of America | A | Interest | J | T | | | | | |
| 45. Vanguard Global Equity Fund | C | Dividend | K | T | Partial Sale | 11/26 | K | D | |
| 46. Vanguard Int'l. Growth Fund | D | Dividend | L | T | Partial Sale | 11/26 | K | D | |
| 47. iShares MSCI Brazil Free Index | A | Dividend | K | T | | | | | |
| 48. iShares TR S&P Latin America | | None | K | T | | | | | |
| 49. Schwab Bank (Note) | A | Interest | M | T | | | | | |
| 50. T. Rowe Price Growth Stock Fund | B | Dividend | K | T | Partial Sale | 11/26 | J | C | |
| 51. Davis NT Venture Fd - A | A | Dividend | M | T | Buy | 3/02 | K | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Artisan Mid-Cap Value FD | D | Dividend | K | T | | | | | |
| 53. Dodge & Cox Int'l. Stock | B | Dividend | K | T | | | | | |
| 54. Vanguard Strategic Equity (Note) | A | Dividend | J | T | | | | | |
| 55. Wells Fargo Adv. Small/Mid-Cap Value Fund | A | Dividend | K | T | Partial Sale | 7/19 | K | C | |
| 56. Wells Fargo Adv. Small/Mid-Cap Value Fund | A | Dividend | K | T | Partial Sale | 11/08 | K | C | |
| 57. Storage Inn Ltd. | | None | L | W | | | | | |
| 58. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 59. Limited Partner, Cummings Drive Family L.P. (Note) | C | Dividend | L | T | | | | | |
| 60. Marisco International | D | Dividend | L | T | | | | | |
| 61. iShares INC MSCI EMU Index Fund | A | Dividend | J | T | | | | | |
| 62. iShares Trust DJ Select | A | Dividend | | | Sold | 7/19 | K | B | |
| 63. Vanguard European Fund | A | Dividend | K | T | | | | | |
| 64. iShares MSCI PacEx Jap PAC | B | Dividend | K | T | | | | | |
| 65. Artisian Mid Cap Value Fund | D | Dividend | L | T | Buy | 3/02 | K | | |
| 66. Artisian Mid Cap Value Fund | D | Dividend | L | T | Buy | 4/24 | J | | |
| 67. Plug Power Inc. | | None | J | T | Buy | 8/09 | J | | |
| 68. iShares MSCI Aus, LDX | | None | K | | Buy | 7/24 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T. Rowe Price Group A | A | Dividend | J | T | Buy | 7/24 | J | | |
| 70. | | | | | Partial Sale | 11/26 | J | A | |
| 71. Buffalo Mid-Cap (Note) | A | Dividend | J | T | | | | | |
| 72. Pax World Balance Fund (Note) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:
Line 10: Passive income from sub-chapter S corporation.
Line 11: The appraisal date is 12/20/96.
Line 15: Part of this asset not required to be reported last year.
Line 25: Part of this asset not required to be reported last year.
Line 38: Part of this asset not required to be reported last year.
Line 49: Part of this asset not required to be reported last year.
Line 54: Part of this asset not required to be reported last year.
Line 59: Part of this asset not required to be reported last year.
Line 71: Part of this asset not required to be reported last year.
Line 72: Part of this asset not required to be reported last year.

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/05/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFUL    IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544